# Exhibit A

| Name / Seller Alias | Emails |
|---|---|
| Foshan Huicheng Auto Product Co., Ltd. | fspinku@163.com |
| Guangzhou Yansen International Trade Co., Ltd. | yansen8933@163.com |
| Shenzhen Seven Zero Five Trading Co., Ltd. | zyhcrr1001@163.com |
| A20Q4K3JTXEHXV | dshaoj1058@163.com |
| AGMRLX | qianfuamazon@163.com |
| guangzhouyuzhangmaoyiyouxiangongsi | muxielang6482@163.com |
| LEEBIZ | nguyenminhquancropro@gmail.com |
| LIUTAOJIAYOU | qpr391088@163.com |
| LUXPT | suongsadangv06620@gmail.com |
| NgocAnhmug | jerryboyer0193@gmail.com |
| NHAI HOA LAC | trinhthinhaiacctii@gmail.com |
| Norlin Trading | 115274780@qq.com |
| Reanna light | lindi181718@163.com |
| SHIYU-US | shiyu867667@163.com |
| TONGFEI-US | litongfei100435@163.com |
| VA Store DN | baophanlechi@gmail.com |
| VAStoReDaNa | tantranngoc47@gmail.com |
| wuzhendongdexiaodian | wuzhendong177@outlook.com |
| xiaomiaokeji | 36141981@qq.com |
| ZhongNongShengDaoNongYe | w07477@163.com |
| 2longago | nlhlkj11@hotmail.com |
| 6tocar | tocar6688@outlook.com |
| absorption-2 | a865fe75@outlook.com |
| auto621 | mizi621@163.com |
| auto-car-oy | e13018608071@163.com |
| Autoprompt | 15362364070@163.com |
| auto-us1 | qiqian111@outlook.com |
| A-Wholesale-Discount-Store | wokui6767@qq.com |
| beadstovsyyw | beadstovsyyw@sohu.com |
| car floor liners&accessory | liujing5558888999@outlook.com |
| chenggongzhilujiuzaijiaoxia | hudongmin197304167@163.com |
| cooler-autoshop | sdisure24@163.com |
| daoyuan5347 | b66654@163.com |
| dqzc789 | 3845232290@qq.com |
| FFFFFF8888 | liminghuang888@outlook.com |
| friendly570 | hatabkolajj@hotmail.com |
| goldengu-18 | goldengu2025@163.com |
| goldengu-4 | wangyanan20220427@163.com |

| | |
|---|---|
| lujun4 | lujun400@outlook.com |
| Mega-OEM-AUTO | lujun3300@outlook.com |
| minghuiw611 | q64331@163.com |
| momentum-802 | siamobrido2753@outlook.com |
| muxion15 | muxiongv9332@163.com |
| mz8812 | mizi2021@163.com |
| Star-Lucky_Auto | starebay02@163.com |
| takeautoparts | ukchipsgate@hotmail.com |
| toonzo | i29123@163.com |
| TOP AUTO PART STORE | qipei4dian@163.com |
| ukciis | shenxinyaosxy@outlook.com |
| xc_autoparts | xcstores@163.com |
| xgtlfhg | tlfhg@outlook.com |
| xiaoshikj | hangzhouxiaoshikj@outlook.com |
| Yoochida3 | lixiaozhao3333@163.com |
| zm-parts-supermarkets-001 | zhuimao2023010@163.com |
| zm-parts-supermarkets-002 | zhuimao2023015@163.com |
| zoglesg | glesg@outlook.com |
| A Mars local | 13060508556@163.com |
| Allllllllllllllllllllllllllllllllllllllll | 3414188416@qq.com |
| Ani baseball cap | 18606909865@163.com |
| AuroraTees | LinyiYanjin@outlook.com |
| Automotive decorations | 271427919@qq.com |
| buooh | 1091418058@qq.com |
| DISMISSED | DISMISSED |
| CuteCrafts DIY | 344143121@qq.com |
| DIDIDay | thsaotfsuxb66@163.com |
| DIYPOP | gxfc19942024@163.com |
| Early culture | weifengxrh@163.com |
| EASONSHOW | 327024468@qq.com |
| FASHION FAIR | jfzl578@163.com |
| FASHIONS BAZAAR | jfzl578@163.com |
| Fashions T | jfzl578@163.com |
| From Anahata Shop | 759703461@qq.com |
| Haoqingfushi | 137683130@qq.com |
| HDJFFF | fp4097@163.com |
| HYXALKSKK | fp4097@163.com |
| Jin Quick sale | 317260928@qq.com |
| KIN SHOP | ping18905042293@163.com |
| LEMONSHOW | 327024468@qq.com |
| LittleBoyClothing | phoebe9y@gmail.com |

| | |
|---|---|
| MAKERSHOW | 327024468@qq.com |
| Manyi stage | zhirtech@163.com |
| MINISHOW | 327024468@qq.com |
| NINAZOE | 565649735@qq.com |
| Nova Tees | 920983584@qq.com |
| Parastar Garments | 552462172@qq.com |
| PARISSHOW | 327024468@qq.com |
| pistachio trappings | 13828989551@163.com |
| retro signs shop | 3104267@QQ.COM |
| SENSFASHION | 327024468@qq.com |
| SHGTYSJCN | 3259614766@QQ.COM |
| Simple Point | xuqian216@163.com |
| Soulful Frames | kkll09ll@163.com |
| Style Verve | lw18664257870@qq.com |
| Tian mall | 19265983265@163.com |
| TONGFASHION | 327024468@qq.com |
| TUOTUOFUSHI | 18673397735@163.com |
| Urband | 766480156@qq.com |
| Visual Feast Gallery | kkll09ll@163.com |
| wanggt wholesale goods | 351731970@qq.com |
| WarmRest | kickdotada@outlook.com |
| WTY FT | 3101932433@qq.com |
| Yuhoopyo | Yuehoopy@outlook.com |
| YWLGoilhua | csen2021@163.com |
| | IPLegal_gz@intelightip.com |
| | haoyichen@archlakelaw.com |
| | xueni@yingkelawyer.com; nixuesydney@gmail.com |
| | ebi@sherinianlaw.net |
| | pengkelaw@yeah.net |
| | will@xyziplaw.com; westley@xyziplaw.com; meir@xyziplaw.com |
| | dane.cloudraker@qq.com |
| | he.cai@getechlaw.com |